

# Fourth Court of Appeals
## San Antonio, Texas

September 19, 2014

No. 04-14-00562-CV

Jesus **DE LOS SANTOS**, Jr., Individually and as Representative of the Estate of Jesus Francisco
De Los Santos, Deceased, and Juan De Los Santos, Individually,
Appellants

v.

**FORD MOTOR COMPANY** and Marco Anthony Soliz, Jr.,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 11-08-50394-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

On September 15, 2014, Court Reporter Sonia Trevino filed a notice of late reporter's record requesting an extension until October 15, 2014. The request is GRANTED. The reporter's record is due to be filed in this court no later than October 15, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court